UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATASHA MUELLER and SCOTT MUELLER, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE LEISURE CORPORATION DBA APPLE LEISURE GROUP, APPLE VACATIONS, LLC, AM RESORTS, LLC, and AM RESORTS, LP, <br><br> Defendants. | Case No. 2:14-cv-01369-RTR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David R. Konkel of the law firm of Godfrey & Kahn, S.C. hereby enters his appearance as counsel on behalf of Defendants Apple Vacations, LLC, AM Resorts, LLC, and AM Resorts, LP in this action. All pleadings and other documents should be served upon him via ECF or at the address indicated below.

Dated this 25th day of March, 2016.

> By: */s/David R. Konkel*
> David R. Konkel
> State Bar No. 1097244
> GODFREY & KAHN, S.C.
> 833 East Michigan Street, Suite 1800
> Milwaukee, WI 53202-5615
> Phone: 414-273-3500
> Fax: 414-273-5198
> Email: dkonkel@gklaw.com
>
> *Attorneys For Defendants Apple Vacations,*
> *LLC, AM Resorts, LLC, and AM Resorts, LP*

15413938.1